LAWRENCE G. WASDEN
Attorney General
State of Idaho

PAUL R. PANTHER
Deputy Attorney General
Chief, Criminal Law Division

JESSICA M. LORELLO, ISB #6554
Deputy Attorney General
Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile:  (208) 854-8074
jessica.lorello@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOSHUA LEE McGIBONEY, | ) | CASE NO. 1:16-cv-150-REB |
| | ) | |
| Petitioner, | ) | |
| | ) | NOTICE OF LODGING STATE |
| vs. | ) | COURT RECORDS |
| | ) | |
| KEITH YORDY, Warden of the Idaho State | ) | |
| Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

COMES NOW, Respondent, Keith Yordy, Warden of the Idaho State

Correctional Institution, by and through his attorney, Jessica M. Lorello, Deputy Attorney

General, Capital Litigation Unit, and hereby lodgeS relevant and required state court

records pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases.  Respondent

haS not included extraneous state court records not specified in Rule 5, which have no

*NOTICE OF LODGING STATE COURT RECORDS - 1*

relevance to this collateral proceeding, or specifically requested by this Court. All state court documents remain available for inspection upon the request of the Court. The Respondent reserveS the right to augment the record once the pending state court proceedings are complete.

The following records and documents are hereby submitted to the Court:

**A.** **State District Court Records (Trial),** *State v. Joshua Lee McGiboney***, Ada County District Court Case No. CR-FE-2008-0004642**:

1. Clerk's Record on Appeal, State of Idaho v. Joshua Lee McGiboney, Ada County District Court Case No. CR-FE-2008-0004642, Idaho Supreme Court Docket No. 35937 (149 pages).

2. Transcript on Appeal State of Idaho v. Joshua Lee McGiboney, Ada County District Court Case No. CR-FE-2008-0004642, Idaho Supreme Court Docket No. 35937 (1402 pages, excluding index).

3. Transcript on Appeal, Volume II, State of Idaho v. Joshua Lee McGiboney, Ada County District Court Case No. CR-FE-2008-0004642, Idaho Supreme Court Docket No. 35937 (pages 1404-1420, excluding index).

**B.** **State Appellate Court Records (Direct Appeal),** *State of Idaho v. Joshua Lee McGiboney***, Idaho Supreme Court Docket No. 35937:**

1. Opening Brief on Sentencing Appeal, State of Idaho v. Joshua Lee McGiboney, Idaho Supreme Court Docket No. 35937, dated December 28, 2011 (17 pages).

2. Brief of Respondent, State of Idaho v. Joshua Lee McGiboney, Idaho Supreme Court Docket No. 35937, filed January 12, 2012 (12 pages).

3.      Letter of intent not to file reply brief, <u>State of Idaho v. Joshua Lee McGiboney</u>, Idaho Supreme Court Docket No. 35937, dated February 2, 2012 (1 page).

4.      2012 Opinion No. 22, <u>State of Idaho v. Joshua Lee McGiboney</u>, Idaho Supreme Court Docket No. 35937, filed April 18, 2012 (6 pages).

5.      Remittitur, <u>State of Idaho v. Joshua Lee McGiboney</u>, Idaho Supreme Court Docket No. 35937, dated May 10, 2012 (1 page).

**C.      State District Court Records (Post-Conviction), *Joshua McGiboney v. State of Idaho*, Ada County District Court Case No. CV-2014-6808:**

1.      Clerk's Record on Appeal, <u>Joshua McGiboney v. State of Idaho</u>, Ada County District Court Case No. CV-2014-6808, Idaho Supreme Court Docket No. 42506 (427 pages).

**D.      State Appellate Records (Post-Conviction Appeal), *Joshua McGiboney v. State of Idaho*, Idaho Supreme Court Docket No. 42506:**

1.      Appellant's Brief, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated June 30, 2015 (39 pages).

2.      Brief of Respondent, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, filed August 25, 2015 (11 pages).

3.      Letter of intent not to file reply brief, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated October 21, 2015 (1 page).

4.      *Pro se* Affidavit of Joshua McGiboney, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated December 15, 2015 (9 pages, including attachment).

*NOTICE OF LODGING STATE COURT RECORDS - 3*

5.      2016 Opinion No. 8, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, filed February 10, 2016 (7 pages).

6.      Petition for Review, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated March 2, 2016 (2 pages).

7.      Appellant's Brief in Support of Petition for Review, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated April 13, 2016 (20 pages).

8.      Order Denying Petition for Review, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated May 12, 2016 (1 page).

9.      Remittitur, <u>Joshua McGiboney v. State of Idaho</u>, Idaho Supreme Court Docket No. 42506, dated May 12, 2016 (1 page).

DATED this 22nd day of February, 2017.

/s/
JESSICA M. LORELLO
Deputy Attorney General
Capital Litigation Unit

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about the 22nd day of February, 2017, I served a true and correct copy of the foregoing document, excluding lodged documents, by the method indicated below, to:

Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID  83702
chd@fergusondurham.com

      U.S. Mail
      Hand Delivery
      Overnight Mail
  X  ECF

/s/
JESSICA M. LORELLO
Deputy Attorney General

*NOTICE OF LODGING STATE COURT RECORDS - 5*