UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA LEE McGIBONEY, <br><br> Petitioner, <br><br> v. <br><br> KEITH YORDY, Warden of the Idaho State Correctional Institution, <br><br> Respondent. | Case No. 1:16-cv-00150-REB <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice, and judgment is entered in favor of Respondent. In addition, this case is hereby ordered closed.

DATED: March 26, 2019

Ronald E. Bush
Chief U.S. Magistrate Judge