Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA LEE McGIBONEY<br><br>Petitioner,<br><br>v.<br><br>KEITH YORDY, Warden of the Idaho State Correctional Institution,<br><br>Respondent. | Case No. 1:16-cv-150-REB<br><br>**MOTION FOR RELIEF FROM JUDGMENT** |

COMES NOW the Petitioner, Joshua McGiboney by and through counsel Craig H. Durham, and moves this Court to vacate the judgment in this habeas matter, reopen the case, and proceed to the merits of his habeas claims.

This motion is brought under Rule 60(b)(6) of the Federal Rules of Civil Procedure and is supported by a memorandum of law (Dkt. 47-1), the declaration of

1

Joshua McGiboney (Dkt. 47-2), the declaration of Craig H. Durham (Dkt. 47-3), and Exhibits A through N attached to those declarations.

Submitted on this 16th day of October 2020.

<u>/s/Craig H. Durham</u>
Attorney for Josh McGiboney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Mark Olson
    mark.olson@ag.idaho.gov

    Attorney for the Respondent

                                              /s/Craig H. Durham