Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOSHUA LEE McGIBONEY,<br><br>Petitioner,<br><br>v.<br><br>KEITH YORDY, Warden of the Idaho State Correctional Institution,<br><br>Respondent. | Case No. 1:16-cv-150-REB<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR RELIEF FORM JUDGMENT** |

    I, Craig H. Durham, hereby declare under penalty of perjury that the following facts are true:

    1.    I am Josh McGiboney's counsel in this matter.

    2.    These facts are based on my personal knowledge.

1

3.	Exhibit J is a true and correct copy of the partial trial testimony of Nicholas Anderson.

4.	Exhibit K is a true and correct copy of a partial transcription of Audio # 1 (Mathis) disclosed in May of 2020 by the Boise Police Department to McGiboney's family as part of a public records request.

5.	Exhibit L is a true and correct copy of a transcription of Audio # 4 (Newell) disclosed in May of 2020 by the Boise Police Department to McGiboney's family as part of a public records request.

6.	Exhibit M is a true and correct copy of a partial transcription of Audio # 5 (Gallas) disclosed in May of 2020 by the Boise Police Department to McGiboney's family as part of a public records request.

7.	Physically filed separately as Exhibit N is a true and correct copy of the complete audio recordings disclosed in May of 2020 by the Boise Police Department to McGiboney's family as part of a public records request.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON THIS 15th day of October 2020.

/s/ Craig H. Durham