

**GREG H. BOWER**
Ada County Prosecuting Attorney

**Jan M. Bennetts**
Deputy Prosecuting Attorney
200 W. Front Street, Room 3191
Boise, Idaho  83702
Telephone:  (208) 287-7700

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| THE STATE OF IDAHO, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. CR-FE-2008-0004642** |
| | ) | |
| vs. | ) | **RESPONSE TO DISCOVERY** |
| | ) | |
| JOSHUA LEE MCGIBONEY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW, Jan M. Bennetts**, Deputy Prosecuting Attorney for Ada County, State of Idaho, and makes the following Response to Discovery pursuant to Rule 16.  **In the event any listed evidence or item(s) on a property invoice does not accompany this response, it will be available for inspection, copying, or photographing as required by Rule 16-B.  Such inspection requires prior appointment and may be made between the hours of 8:00AM and 5:00PM.  Inspection may occur at the office of the Ada County Prosecutor, or at the Ada County Sheriff's Office Evidence Depository.**

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 1**

**16-A Brady-Agurs Disclosure**:  The prosecution is unaware of any evidence that is exculpatory on its face relating to the offense charged.

With regard to evidence that may be exculpatory as used or interpreted, the prosecution requests that the defense counsel submit, in writing, the defense to be asserted in this case so the prosecution can review its file to determine if any facts, evidence or witnesses may be material to the preparation of that defense.  In the alternative, the prosecution offers to defense counsel an open file policy to review those documents in the control and possession of the prosecution that may be exculpatory in some manner to the offense charged.

**16-B Stipulation - Request Disclosure**:

(1) Statement of Defendant: The known statements of the Defendant are contained in documents and information identified in subparagraph (4)(A) of this Response to Discovery.

      a.  Audio Taped Confession/Statement;

      b.  Reflected in Police Reports and booking paperwork as listed below in this response; and,

      c.  Preliminary hearing.

The prosecution is unaware of any grand jury proceedings in this case and any recorded testimony as a result thereof.  The prosecution hereby incorporates by reference the statements made by or attributed to the defendant at his arraignment, the preliminary hearing proceedings, or any subsequent court proceedings in this case.

(2) Statement of Co-Defendant: N/A

(3) Defendant's Prior Record:  The Defendant's prior record as listed in the NCIC and described in the discovery documents listed below.

(4) Documents and Tangible Objects:  Please find below a list of documents and/or tangible objects obtained from the defendant or intended for use against the defendant at trial.

**RESPONSE TO DISCOVERY (MCGIBONEY)**, Page 2

A.  Any and all tangible physical evidence or photographs or reproductions thereof identified in the following documents:

    1.  Ada County Rap Sheets/KQ as listed in the NCIC described below;

    2.  Ada County Jail Booking Sheet, consisting of one (1) page;

    3.  Ada County Jail Booking/Arrest Detail, consisting of one (1) page;

    4.  NCIC, consisting of fourteen (14) pages;

    5.  Photographs, fingerprint cards, and other documents generated during the jail booking process, whether for this arrest or another.

    6.  Physical Evidence:  the State will use at trial the physical evidence as described and listed on all of the property invoices disclosed in this discovery response, *review of the physical evidence is available upon request*;

    7.  Boise City Police Department Property Invoice, by Detective Lee, DR #809-867, consisting of one (1) page front & back, with one (1) item, DVD of Interview of Ryan Lowe;

    8.  Boise City Police Department Property Invoice, by Detective Lee, DR #809-867, consisting of one (1) page front & back, with one (1) item, Photo Line Up;

    9.  Boise City Police Department Property Invoice, by Detective Ayotte, DR #809-867, consisting of one (1) page front & back, with one (1) item, DVD of Interview of Bergerson;

    10. Boise City Police Department Property Invoice, by Officer Linn, DR #809-867, consisting of one (1) page front & back, with three (3) items, including Smith & Wesson 9 mm handgun; magazine from handgun; empty shell casing found in handgun items listed as Item No. 1 through Item No. 3;

    11. Boise City Police Department Property Invoice, by Officer A. Hilton, DR #809-867, consisting of one (1) page front & back, with seven (7) items,

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 3**

including shell casings, unfired rounds, knife sheath & metal bayonet, items listed as Item No. 4 through Item No. 10;

12. Boise City Police Department Property Invoice, by Officer Kling, DR #809-867, consisting of one (1) page front & back, with one (1) item, Bandana;

13. Boise City Police Department Property Invoice, by Officer Schwenken, DR #809-867, consisting of one (1) page, with eight (8) items, including Joshua McGiboney's clothing, items listed as Item No. 1 through Item No. 8;

14. Boise City Police Department Property Invoice, by Officer Schwenken, DR #809-867, consisting of one (1) page, with five (5) items, including David Bergerson's clothing, items listed as Item No. 9 through Item No. 13;

15. Boise City Police Department Property Invoice, by Kinney, DR #809-867, consisting of one (1) page, with four (4) items, including swabs from the Smith & Wesson firearm, knife sheath and bayonet, items listed as Item No. BK-1 through Item No. BK-4;

16. Boise City Police Department Property Invoice, by Det. Ayotte, DR #809-867, consisting of one (1) page, with one (1) item, tubes of blood from Defendant, Joshua McGiboney, June 26, 2008, item listed as Item No. 1;

17. Boise City Police Department Property Invoice, by Det. Ayotte, DR #809-867, consisting of one (1) page, with two (2) items, oral swab of victims, Ryan Lowe and David Bergerson, June 26, 2008, items listed as Item No. 1 through Item No. 2;

18. Operations Log, Scribe Bristol, DR # 809-867, dated 4/3/08 to 4/4/08, consisting of two (2) pages;

19. Boise Police Department, Photographic Line-Up and Admonition, consisting of one (1) page, unsigned copy provided with this response, *(original signed Photographic Line-Up and Admonition booked into property and available upon request)*;

*Missing these pages →* 20. Curriculum Vitae of Bridget A. Kinney, consisting of two (2) pages;

21. Certified Judgment of Conviction & related documents for Case No. H0601450, consisting of seven (7) pages;

22. Ada County Paramedics Report for David Bergerson, dated 4/3/08, consisting of four (4) pages;

23. Ada County Paramedics Report for Ryan Lowe, dated 4/3/08, consisting of four (4) pages;

24. 911 Dispatch Log (Incident History), consisting of nine (9) pages;

25. Prisoner Hospitalization Activity Log, by Officer Richmond, DR #809-867, consisting of one (1) page;

26. Diagram by Officer Hilton, DR #809-867, dated 4/4/08, consisting of one (1) page;

27. Boise Police Department, Crime Scene Investigation Photo Log, by Officer Kling, DR #809-867, consisting of one (1) page;

28. Boise Police Department, Crime Scene Investigation Photo Log, by Officer A. Hilton, DR #809-867, consisting of two (2) pages;

29. Boise Police Department, Crime Scene Investigation Photo Log, by Officer Linn, DR #809-867, consisting of two (2) pages;

30. Boise Police Department, Crime Scene Investigation Photo Log, by Officer Schwenken, DR #809-867, consisting of two (2) pages;

31. Boise Police Department, Crime Scene Investigation Photo Log, by Kinney, DR #809-867, consisting of one (1) page;

32. Boise Police Department's Crime Lab Evidence Processing Request, by Officer A. Hilton, DR #809-867, consisting of one (1) page;

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 5**

33. Boise Police Department's Crime Lab Evidence Processing Request, by Officer Linn, DR #809-867, consisting of three (3) pages;

34. Boise Police Department ATF Firearm Trace Request, by Officer Linn, DR #809-867, consisting of one (1) page;

35. No Contact Order, CRFE-08-0004642, consisting of one (1) page;

36. Medical Records for David Bergerson, St. Alphonsus, consisting of forty-three (43) pages;

37. Medical Records for Ryan Lowe, St. Alphonsus, consisting of thirty-nine (39) pages;

38. Photographs of broken fence, handgun found in leaves, shoe prints and surrounding area by Officer Linn, consisting of one (1) CD

39. Photographs of injuries of Defendant, Lowe & Bergerson at hospital; photographs of clothing of Defendant and Bergerson at hospital (all by Officer Schwenken); photographs of crime scene with placards marking evidence and surrounding crime scene and residence (by Officer Hilton); and photographs of broken fence and location of bandana in daylight on 4/4/08 (by Officer Kling), all contained on one (1) CD;

40. Photographs of evidence, including Smith & Wesson firearm, magazine, casings, live rounds and knife/bayonet and sheath taken in the crime lab by Bridget Kinney, consisting of one (1) CD;

41. 911 Audio Recording, consisting of one (1) CD;

42. Audio CD of Officers Hagler, Avella, Mathis, Gallas, Arend, Richmond, & Newell, consisting of two (2) CD's (all provided on these 2 CD's);

43. DVD of Interview with Bergerson, by Detective Ayotte, consisting of one (1) DVD;

44. DVD of Interview with Lowe, by Detective Lee, consisting of one (1) DVD;

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 6**

45. Any and all ACSO and BPD property room log sheets related to the evidence listed in the property invoices as described above in this discovery response above and as booked under DR #809-867, *available upon request.*

46. Any and all Idaho State Lab log sheets and file materials relating to evidence processed in the Idaho State Police Forensic Services Lab, *available upon request.*

47. Detention Warrant and Affidavit For Detention Warrant, consisting of six (6) pages;

48. Map of crime scene area, S. Orchard, W. Cassia St. and W. Camas, consisting of one (1) page;

49. Curriculum Vitae of Rylene L. Nowlin, consisting of two (2) pages;

50. Letter to Stuart Jacobsen, Idaho State Police, from Bridget Kinney, dated June 23, 2008, regarding submission of firearm evidence for ballistics examination and testing, consisting of one (1) page;

51. Idaho State Police, Forensic Services Evidence Submission/Receipt Form for the firearm, magazine, live rounds, & casings, DR #809-867 w/description of evidence, consisting of one (1) page;

52. Idaho State Police, Forensic Services Evidence Submission/Receipt Form for the DNA testing, items listed as M7 through M22, DR #809-867 w/description of evidence, consisting of two (2) pages;

53. FedEx Packaging Receipt for firearm evidence submitted to Stuart Jacobsen, Idaho State Police, Bureau of Forensics, consisting of one (1) page.

B.  Any maps, charts, diagrams or photographs, which the State may produce for demonstrative purposes, *available for review upon request*:

    a.  Diagram/Sketch by Officer Hilton, described in (4)(A) above;

    b.  Diagram of interior residence of crime scene

**RESPONSE TO DISCOVERY (MCGIBONEY)**, Page 7

    c.  Diagram of exterior crime scene

    d.  Diagram or map of surrounding area of crime scene, including areas where handgun was located, bandana was located, Defendant was located and areas surrounding those locations.

(5) Reports of Examinations and Tests:

    a.  **Boise Police Crime Lab Reports:**

        ❑  Criminalistics Analysis Report, by Bridget Kinney, DR# 809-867, dated June 23, 2008, consisting of one (1) page   *182*

        ❑  Boise Police Department's Crime Lab Evidence Processing Request Forms, DR #809-867, consisting of four (4) pages;   *183-186*

        ❑  Latent Print Analysis, by B. Kinney, DR #809-867, consisting of two (2) pages.   *189-190*

    b.  **Fingerprint Comparison:**  Bridget Kinney, Boise Crime Lab, has not completed this fingerprint comparison. *The fingerprint comparison report, including underlying data, fingerprint cards, and other documents associated with this report will be provided upon receipt.*

    c.  **Ballistics Report:**  handgun was submitted for Ballistics to Idaho State Police Bureau of Forensic Services Lab in Coeur d'Alene, *report to be provided upon receipt.*

    d.  **Idaho State Police, Bureau of Forensic Services Lab Report:** evidence has been submitted for examination, analysis and DNA testing. The report documenting the results of this analysis and testing; the underlying data; chain of custody documents; and the lab analyst's file materials *will be provided upon receipt.* The Idaho State Lab will try to have this testing done by the end of July, 2008.

(6) Witnesses:  If the Home addresses and phone numbers of witnesses have been deleted from the police reports and from this Response that may be provided to the Defendant, we have done this for security purposes and the safety of these individuals.  We

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 8**

will provide the information upon request only to counsel and upon conditions that such redacted information shall only be used by counsel or counsel's investigator. In addition, the State has listed the witnesses below; however, the State also puts counsel on notice of all witnesses listed in the police reports and dispatch logs even if not specifically listed below.

a.   Nick Anderson, c/o Ada County Prosecutor's Office

b.   Danielle Bedegi, c/o Ada County Prosecutor's Office

c.   Alicia Bergerson, c/o Ada County Prosecutor's Office

d.   David Bergerson, c/o Ada County Prosecutor's Office

e.   George Hulbert, c/o Ada County Prosecutor's Office

f.   Donnell Larison, c/o Ada County Prosecutor's Office

g.   Ryan Lowe, c/o Ada County Prosecutor's Office

h.   Trisha Lowe, c/o Ada County Prosecutor's Office

i.   Jody Osborn, c/o Ada County Prosecutor's Office

j.   Julie Roberts, c/o Ada County Prosecutor's Office

k.   Michael Roberts, c/o Ada County Prosecutor's Office

l.   Bill Tate, c/o Ada County Prosecutor's Office

m.   April Williamson, c/o Ada County Prosecutor's Office

n.   Travis Williams, c/o Ada County Prosecutor's Office

o.   Mrs. Zuniga, c/o Ada County Prosecutor's Office

p.   Officer Josh Arend, c/o Boise City Police Department

q.   Officer Patrick Avella, c/o Boise City Police Department

r.   Detective Mark Ayotte, c/o Boise City Police Department

s.   Officer Cory Bammert, c/o Boise City Police Department

t.   Sergeant Mark Barnett, c/o Boise City Police Department

u.   Officer Becky Bristol, c/o Boise City Police Department

v.   Officer David Burgard, c/o Boise City Police Department

w.   Officer Norman Carter, c/o Boise City Police Department

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 9**

x.    Officer Everett Corona, c/o Boise City Police Department

y.    Officer Todd Ducharme, c/o Boise City Police Department

z.    Officer Cody Evans, c/o Boise City Police Department

aa.   Officer Mark Furniss, c/o Garden City Police Department

bb.   Officer Rob Gallas, c/o Boise City Police Department

cc.   Officer John Goodman, c/o Garden City Police Department

dd.   Sergeant Bryan Hagler, c/o Boise City Police Department

ee.   Officer Richard Hernon, c/o Boise City Police Department

ff.   Officer Andrew Hilton, c/o Boise City Police Department

gg.   Sergeant Andy Johnson, c/o Boise City Police Department

hh.   Deputy Jason Jones, c/o Ada County Sheriff's Office

ii.   Officer David Kaurin, c/o Boise City Police Department

jj.   Officer Steve Keely, c/o Boise City Police Department

kk.   Deputy Bill Kelly, c/o Ada County Sheriff's Office

ll.   Officer Jim Kling, c/o Boise City Police Department

mm.  Officer Matt Konvalinka, c/o Boise City Police Department

nn.   Sergeant Tim Kukla, c/o Boise City Police Department

oo.   Officer Jeremey Lacow, c/o Boise City Police Department

pp.   Deputy Dennis Laurence, c/o Ada County Sheriff's Office

qq.   Detective Brian Lee, c/o Boise City Police Department

rr.   Officer Andrew Linn, c/o Boise City Police Department

ss.   Sergeant Robert Little, c/o Garden City Police Department

tt.   Deputy Robbie Mace, c/o Ada County Sheriff's Office

uu.   Officer John Mathis, c/o Boise City Police Department

vv.   Officer Guy McKean, c/o Boise City Police Department

ww.  Officer Darren Mitchell, c/o Boise City Police Department

xx.   Officer Larry Moore, c/o Boise City Police Department

yy.   Officer Laura Newell, c/o Boise City Police Department

**RESPONSE TO DISCOVERY (MCGIBONEY)**, Page 10

zz.    Officer Scott Nicholls, c/o Boise City Police Department

aaa.   Officer Kip Paporello, c/o Boise City Police Department

bbb.   Officer Steve Phan, c/o Boise City Police Department

ccc.   Officer Terry Phillips, c/o Boise City Police Department

ddd.   Officer Jason Pietrzak, c/o Boise City Police Department

eee.   Officer Michael Richmond, c/o Boise City Police Department

fff.   Officer Dustin Robinson, c/o Boise City Police Department

ggg.   Sergeant Ronald Santucci, c/o Ada County Sheriff's Office

hhh.   Deputy Derek Savage, c/o Ada County Sheriff's Office

iii.   Officer Jim Schiffler, c/o Boise City Police Department

jjj.   Officer Steve Schneider, c/o Boise City Police Department

kkk.   Officer Josh Schwenken, c/o Boise City Police Department

lll.   Officer Greg Sexton, c/o Boise City Police Department

mmm.  Officer Jessica Stephens, c/o Boise City Police Department

nnn.   Officer Berle Stokes, c/o Meridian Police Department

ooo.   Officer William Thomas, c/o Boise City Police Department

ppp.   Officer Seth Washburn, c/o Meridian Police Department

qqq.   Officer Kepa Zubizarreta, c/o Boise City Police Department

rrr.   Sage Hickman, 911 Dispatch, c/o Ada County Sheriff's Office

sss.   Cynthia Hall, Idaho State Police, Bureau of Forensic Services, Lab
       Analyst, c/o Idaho State Police, Meridian, Idaho

ttt.   Rylene Nowlin, Idaho State Police, Bureau of Forensic Services, Lab
       Analyst, c/o Idaho State Police, Meridian, Idaho

uuu.   Bridget Kinney, c/o Boise City Police Department, Boise Crime Lab

vvv.   Jennifer Delaney, c/o Boise City Police Department, Boise Crime Lab

www.  Stuart Jacobsen, Idaho State Police, Bureau of Forensic Services,
       Ballistics, c/o Idaho State Police, Coeur d'Alene, Idaho

xxx.   Mike Blach, Phlebotomist, c/o Ada County Paramedics

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 11**

yyy.   Craig Brastrup, EMT, c/o Ada County Paramedics

zzz.   Barbara Clark, EMT, c/o Ada County Paramedics

aaaa. Robert Cole, EMT, c/o Ada County Paramedics

bbbb. Lane Corless, EMT, c/o Ada County Paramedics

cccc. Dr. Aziz Munayirji, c/o St. Alphonsus Regional Medical Center

dddd. Dr. Michael Pool, c/o St. Alphonsus Regional Medical Center

eeee. Dr. Kristen Saak, c/o St. Alphonsus Regional Medical Center

ffff.   Dr. Peter Angleton, c/o Idaho Emergency Physicians

gggg. Dr. Mark Henzler, c/o Idaho Emergency Physicians

hhhh. Mike Blach, c/o Ada County Paramedics, Phlebotomist who drew Defendant's blood pursuant to Detention Warrant

The prosecution is unaware of any felony convictions for the above witnesses. However, the State does hereby disclose that Ryan Lowe was charged in Case No. M0717482 with Delivery of Controlled Substance (Marijuana), which was dismissed on March 13, 2008. There have been discussions with counsel for Mr. Lowe and the State's handling attorney in Case No. M0717482 for a misdemeanor resolution of Case No. M0717482. However, once the State became aware of Case No. M0717482 and the conflict with this case, the State is in the process of conflicting Case No. M0717482 to a conflict prosecutor to handle that matter as the conflict prosecutor deems appropriate.

(7) Expert Witnesses:

a. The State intends to offer the testimony of *Bridget Kinney* as a Criminalist II Expert Witness and Fingerprint Expert, pursuant to I.R.E. 702, 703 and/or 705. The State will elicit testimony from this expert witness regarding an explanation of evidence processing, analysis, and testing as well as fingerprint processing and comparison both in general terms in this field and in specific terms with regard to this case as follows:

   ❑   The procedures she used in processing the physical evidence in this case;

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 12**

❑  The physical evidence that was processed in this case, including but not limited to, the bayonet/knife, the handgun, the magazine, spent casings and live rounds and the other evidence as described in the property invoices disclosed with this response;

❑  The results of processing the evidence in this case;

❑  The process of obtaining fingerprints from physical evidence in this case;

❑  The results of the fingerprint processing in this case;

❑  The process of fingerprint comparison in general and in this case;

❑  The results of the fingerprint comparison in this case and an explanation of how those results were obtained;

❑  An interpretation of the results of the analysis, including opinions of the expert witness regarding those results and analysis; and,

❑  The State will make Bridget Kinney available for questions from defense counsel regarding all areas of her testimony upon request of the handling prosecutor.

❑  The above list is not comprehensive.  The testimony will include the above areas, but the State is not limited to these areas depending on the results of the testing and analysis that is in progress at this time.

b.  The State intends to offer the testimony of *Cynthia Hall or Rylene Nowlin*, Idaho State Police, Bureau of Forensic Services, Lab Analysts, pursuant to I.R.E. 702, 703 and/or 705.  It appears that Rylene Nowling will be handling this case, but the State reserves the right to call Cynthia Hall in the event she also handles any portion of this case.  The State will elicit testimony from these expert witnesses regarding an explanation of evidence analysis, testing and DNA both in general terms in this field and in specific terms with regard to this case as follows:

❑  An explanation of DNA;

❑  An explanation of what evidence was analyzed;

**RESPONSE TO DISCOVERY (MCGIBONEY)**, Page 13

❏ An explanation of how the evidence was analyzed;

❏ An explanation of the results of the analysis, including statistical calculations;

❏ An interpretation of the results of the analysis, including opinions of the expert witness regarding those results and analysis; and,

❏ The State will make these expert witnesses available for questions from defense counsel regarding all areas of testimony upon request of the handling prosecutor.

❏ The above list is not comprehensive. The testimony will include the above areas, but the State is not limited to these areas depending on the results of the testing and analysis that is in progress at this time.

c. The State intends to offer the testimony of *Stuart Jacobsen*, Idaho State Police, Bureau of Forensic Services, Ballistics expert, pursuant to I.R.E. 702, 703 and/or 705. The State will elicit testimony from these expert witnesses regarding:

❏ An explanation of ballistics;

❏ An explanation of what evidence was analyzed;

❏ An explanation of how this evidence was analyzed;

❏ An explanation of the results of the analysis;

❏ An interpretation of the results of the analysis, including opinions of the expert witness regarding those results and analysis; and,

❏ The State will make this expert witness available for questions from defense counsel regarding all areas of testimony upon request of the handling prosecutor.

❏ The above list is not comprehensive. The testimony will include the above areas, but the State is not limited to these areas depending on the results of the testing and analysis that is in progress at this time.

(8) Police Reports and Witness Statements: The prosecution possesses a number of police reports, witness statements and other documents which are available upon written request for review and/or photocopying. These documents are specifically identified in Subparagraph 4(A) of this Response to Discovery.

a. Boise Police Department General Report, DR #809-867 by Officer Josh Arend, consisting of three (3) pages;

b. Boise Police Department Supplemental Report, DR #809-867 by Officer David Burgard, consisting of one (1) page;

c. Boise Police Department Supplemental Report, DR #809-867 by Officer Michael Richmond, consisting of one (1) page;

d. Boise Police Department Supplemental Report, DR #809-867 by Officer Rob Gallas, consisting of one (1) page;

e. Boise Police Department Supplemental Report, DR #809-867 by Officer Josh Schwenken, consisting of one (1) page;

f. Boise Police Department Supplemental Report, DR #809-867 by Detective Mark Ayotte, consisting of three (3) pages;

g. Boise Police Department Supplemental Report, DR #809-867 by Detective Brian Lee, consisting of three (3) pages;

h. Boise Police Department Supplemental Report, Continuation Page, DR #809-867 by Officer John Mathis, consisting of one (1) page;

i. Meridian Police Department Supplemental Report, DR #809-867 by Officer Berle Stokes, consisting of one (1) page;

j. Boise Police Department Supplemental Report, DR #809-867 by Officer Jim Kling, consisting of one (1) page;

k. Boise Police Department Supplemental Report, DR #809-867 by Officer Michael Richmond, consisting of two (2) pages;

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 15**

l. Boise Police Department Supplemental Report, DR #809-867 by Officer Andrew Hilton, consisting of one (1) page;

m. Boise Police Department Supplemental Report, Continuation Page, DR #809-867, by Officer Everett Corona, consisting of one (1) page;

n. Boise Police Department Supplemental Report, DR #809-867, by Officer Andrew Linn, consisting of one (1) page;

o. Boise Police Department, Warrant Arrest Report, DR #809-993, by Officer Corona, consisting of one (1) page;

p. Boise Police Department, General Report, DR #809-886, by J. Kling, consisting of two (2) pages;

q. Boise Police Department, Supplemental Report, by Det. M. Ayotte, regarding serving the Detention Warrant and follow-up, *to be provided upon receipt*;

r. Written Statement by Travis Williams, DR #809-867, consisting of one (1) page;

s. Written Statement by Nick Anderson, DR #809-867, consisting of one (1) page;

t. Written Statement by Ryan Lowe, DR #809-867, consisting of two (2) pages;

u. Written Statement by April Williamson, DR #809-867, consisting of one (1) page;

v. Written Statement by Michael Roberts, DR #809-867, consisting of one (1) page;

(9) With this discovery response, the State is giving the defendant notice that the State intends to use facts set out in the police reports and other documents described and outlined above as Idaho Criminal Rule 404(b) evidence. The State believes that evidence of the defendant's crimes, wrongs, or acts is admissible to prove motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident. Specifically the

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 16**

State believes these facts, as described in the police reports provided with this Response to

Discovery, are admissible.

**DATED** this _3rd_ day of July, 2008.

GREG H. BOWER
Ada County Prosecuting Attorney


By:    Jan M. Bennetts
        Deputy Prosecuting Attorney

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _3rd_ day of July, 2008, I caused to be

served, a true and correct copy of the foregoing Response to Discovery upon the individual

named below in the manner noted:

Name and address: Edward Odessey, Ada County Public Defender's Office, 200 West

Front Street, Room 1107, Boise, ID 83702


- ❑ By depositing copies of the same in the United States mail, postage prepaid, first
  class.
- ⊠ By depositing copies of the same in the Interdepartmental Mail.
- ❑ By informing the office of said individual(s) that said copies were available for
  pickup at the Office of the Ada County Prosecutor.
- ❑ By faxing copies of the same to said attorney(s) at the facsimile number: _____


Legal Assistant

**RESPONSE TO DISCOVERY (MCGIBONEY), Page 17**