

ADA COUNTY
PROSECUTING ATTORNEY

**GREG H. BOWER**

200 W. Front Street, Rm 3191
Boise, Idaho 83702

**CRIMINAL DIVISION**

Phone (208) 287-7700
Fax (208) 287-7709

**CIVIL DIVISION**

Phone (208) 287-7700
Fax (208) 287-7719

## CERTIFICATE OF RECEIPT

DATE: 7/3/08                          CASE NO.: CR-FE-2008-0004642

DEFENDANT: Joshua Lee McGiboney

AUDIO/VIDEO: 8 CD's

DISCOVERY PAGES: 29 - 206

Request for Discovery ✓          Discovery Response to Court ✓

Response to Discovery ✓          Addendum to Discovery: ___

Notice of Hearing: ___            404 (b) Notice ✓

609 Notice: ✓                     Motion in Limine: ___

OTHER MATERIALS : ___

PREPARED FOR: PD - Ed Odessey

---

I CERTIFY THAT I RECEIVED THE ABOVE REFERENCED DOCUMENTS

DATE: JUL 0 3 2008   RECEIVED   SIGNATURE: _____

ADA COUNTY PUBLIC DEFENDER

Melisa Lennox
Legal Assistant to Jan Bennetts
Ada County Prosecutor's Office
Criminal Felony Division