LAWRENCE G. WASDEN
Attorney General
State of Idaho

COLLEEN D. ZAHN
Deputy Attorney General
Chief, Criminal Law Division

MARK W. OLSON, ISB #7555
Deputy Attorney General
E-mail: mark.olson@ag.idaho.gov
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA LEE McGIBONEY, </br></br> Petitioner, </br></br> vs. </br></br> AL RAMIREZ[1], Warden of the Idaho State Correctional Institution </br></br> Respondent. | CASE NO. 1:16-cv-150-REB </br></br> DECLARATION[2] IN SUPPORT OF RESPONSE TO PETITIONER'S F.R.C.P. 62.1 MOTION FOR AN INDICATIVE RULING, AND F.R.C.P. 60(b)(6) MOTION FOR RELIEF FROM JUDGMENT |

STATE OF IDAHO   )
                 ) ss:
COUNTY OF ADA    )

---

[1] The current warden of the I.S.C.I. is Al Ramirez, who should thus be substituted as Respondent in this proceeding.   28 U.S.C. § 2242; Rule 2(a) of the Rules Governing Section 2254 Cases.

[2] The state utilizes a declaration rather than a sworn affidavit because your declarant currently lacks access to a notary as a result of the state government response to the COVID-19 pandemic, which has necessitated telecommuting.

*DECLARATION IN SUPPORT OF RESPONSE TO PETITIONER'S F.R.C.P. 62.1 MOTION FOR AN INDICATIVE RULING, AND F.R.C.P. 60(b)(6) MOTION FOR RELIEF FROM JUDGMENT - 1*

MARK W. OLSON, being first duly sworn, declares and states upon his personal knowledge as follows:

1. I am counsel of record for Respondent ("state") in the above captioned case.

2. On November 2, 2020, I contacted the Ada County Prosecutor's Office in an attempt to obtain records demonstrating whether or not Petitioner's ("McGiboney") trial counsel had access to, or received, certain audio recordings prior to his trial. These audio recordings have been submitted by McGiboney in support of his pending F.R.C.P. 60(b)(6) motion for relief from judgment. (Dkts.46, 47, 47-17.)

3. On November 5, 2020, Ada County Deputy Prosecutor Scott Bandy responded to my request and provided the documents I have submitted as exhibits in support of the state's response to McGiboney's pending F.R.C.P. 60(b)(6) and 62.1 Motions. These documents consist of the state's July 3, 2008 Response to Discovery (Dkt. 48-1, Exhibit A); and a July 3, 2008 Certificate of Receipt of Audio/Video CDs (Dkt. 48-2, Exhibit B).

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Ada County, Idaho, on November 6, 2020.

Further your declarant sayeth naught.

DATED this 6th day of November, 2020

/s/ _____
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about the 6th day of November, 2020, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Craig H. Durham | _____ U.S. Mail |
| Ferguson Durham, PLLC | _____ Hand Delivery |
| 223 N. 6th Street, Suite 325 | _____ Overnight Mail |
| Boise, ID 83702 | _____ Facsimile |
| | __X__ Electronic Court Filing |

/s/ _____
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

*DECLARATION IN SUPPORT OF RESPONSE TO PETITIONER'S F.R.C.P. 62.1 MOTION FOR AN INDICATIVE RULING, AND F.R.C.P. 60(b)(6) MOTION FOR RELIEF FROM JUDGMENT - 3*