Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
Attorney for Petitioner

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA LEE McGIBONEY<br><br>Petitioner,<br><br>v.<br><br>KEITH YORDY, Warden of the Idaho State Correctional Institution,<br><br>Respondent. | Case No. 1:16-cv-000150-REB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Petitioner Joshua McGiboney appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Memorandum Decision and Order Denying Post-Appeal Motions (Dkt. 50) filed on April 9, 2021.

RESPECTFULLY SUBMITTED on this 20th day of April, 2021.

/s/Craig H. Durham
Attorney for Petitioner

1

## CERTIFICATE OF SERVICE

I CERTIFY that on the 20th day of April, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark Olson
Mark.Olson@ag.idaho.gov

Attorney for Respondent.

/s/Craig H. Durham
Attorney for Petitioner